IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR14-02147-TUC-RCC(EJM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joshua Lee Andrew Merritt, | |
| Defendant. | |

The Court has made a de novo review of the Report and Recommendation filed by Magistrate Judge Markovich (Doc. 94), and the objections filed by the parties thereto. The Court has heard further argument from the parties and has questioned the Defendant on the record.

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge over the objection by defense counsel on behalf of the Defendant and finds the Defendant competent to stand trial.

DATED this 6th day of June, 2016.

Raner C. Collins
Chief United States District Judge